IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JORDAN KIME,<br><br>        Plaintiff,<br><br>v.<br><br>(1) BEAR TRACKS HOLDINGS, LLC<br>    d/b/a BLACK BEAR DINER,<br><br>        Defendant. | Case No. 21-CV-00715-HE |

**PLAINTIFF'S EXPERT WITNESS LIST**

Plaintiff Jordan Kime, in accordance with the Court's Revised Scheduling Order (Docs. 17), submits her Expert Witness List as follows:

**Experts testifying under Federal Rule of Civil Procedure 26(a)(2)(C)**

**A. Mark Moses, MD**
Orthopaedic and Sport Medicine Center
825 East Robinson Street
Norman, OK  73071-6610
(405) 364-7900-t

Dr. Moses is Jordan Kime's treating physician, and he was not retained or specially employed to provide expert testimony. Dr. Moses will testify concerning his examinations, evaluations, testing, diagnosis, and treatment of Ms. Kime in accordance with the medical records Ms. Kime produced to Defendants throughout discovery, including, but not limited to, his medical examinations, and

his evaluations of Ms. Kime, including testing, diagnosis, and treatment rendered by other medical providers that Dr. Moses considered during the course and scope of his treatment of Ms. Kime. Dr. Moses will also provide expert testimony that the injuries described in those medical records were caused by the slip and fall accident at issue in this case; that all medical examinations, evaluations, testing, diagnosis, and treatment reflected in the medical records were reasonable and necessary; and the possibility of Ms. Kime developing post-traumatic arthritis in the future. Specifically, Dr. Moses's opinions are memorialized in the records and medical images presently in possession of all parties to this action with dates of service including, but not limited to:

- February 19, 2021:  Pre-operative records
- February 23, 2021:  Operative records
- March 8, 2021:  Post-operative appointment
- April 5, 2021:    Follow-up appointment
- April 26, 2021:  Follow-up appointment
- May 17, 2021: Follow-up appointment

Mark Moses, M.D. is a board certified American Academy of Orthopaedic Surgeon, a member of the American Academy of Orthopaedic Surgeons, Oklahoma State Medical Association, American Medical Association, Arthroscopy Association of North America, Diplomate of the American Board of Orthopaedic

Surgery. He obtained his M.D. from the University of Oklahoma College of Medicine in Oklahoma City, Oklahoma.

        Respectfully submitted,

        MILLER JOHNSON JONES
        ANTONISSE & WHITE, PLLC

By:   *s/Brad Miller*
        Brad Miller, OBA #11437
        Grace Dawkins, OBA #32764
        500 NW 6th Street, Suite 300
        Oklahoma City, OK 73102-1219
        Telephone: (405) 896-4388
        Fax: (405) 609-2995
        bmiller@mjjaw.com
        gdawkins@mjjaw.com
        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

This is to certify that on this <u>10th</u> day of May, 2022, a true and correct copy of the above and foregoing was mailed via United States Mail and/or electronic mail, to the following named parties, to-wit:

>Derrick T. DeWitt, OBA #18044
>L. Grant Gibson, OBA #33513
>DeWitt Paruolo & Meek
>P.O. Box 138800
>Oklahoma City, OK 73113
>Telephone: (405) 705-3600
>Fax: (405) 705-2573
>dewitt@46legal.com
>ggibson@46legal.com
>***Attorneys for Defendant***

<u>*s/Grace E. Dawkins*</u>
Grace E. Dawkins
